AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Mark Sahady | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mark Sahady ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds

Date:      01/18/2021

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.18 16:17:31 -05'00'
*Issuing officer's signature*

City and state:      Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01/18/2021 , and the person was arrested on *(date)* 01/19/2021 at *(city and state)* Malden, MA . |
| Date: 01/19/2021 |

*Arresting officer's signature*

SA STEVEN KIMBALL
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    21-mj-108 |
| Mark Sahady | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Mark Sahady                                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds

Date:    01/18/2021

Robin M. Meriweather

Digitally signed by Robin M. Meriweather
Date: 2021.01.18 16:17:31 -05'00'

*Issuing officer's signature*

City and state:    Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____        _____ |
|                                          *Arresting officer's signature* |
|                                          _____ |
|                                          *Printed name and title* |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Mark Sahady** | ) | Case No.   21-mj-108 |
| | ) | |
| D.O.B.   1974 | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ District of _____Columbia_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1752 (a)(1) and (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_Brian Gutierrez_
*Complainant's signature*

Brian Gutierrez, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: _____01/18/2021_____

Robin M.
Meriweather

Digitally signed by Robin M.
Meriweather
Date: 2021.01.18 16:16:58 -05'00'

*Judge's signature*

City and state: _____Washington, D.C._____

Robin M. Meriweather
United States Magistrate Judge
*Printed name and title*

**STATEMENT OF FACTS**

Your affiant is a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Boston Division, in Boston, Massachusetts.  I have been employed in this capacity since October 27, 2019.  I am currently assigned to the Domestic Terrorism squad of the FBI's Boston Division.  As an FBI Agent, I am responsible for the investigation of federal criminal offenses.  I have participated in various investigations involving national security matters.  I routinely work with agents, troopers, and officers with dozens of years of experience investigating crimes involving organized criminal groups and terrorist organizations.  Before being employed as an FBI Agent, I served as a U.S. Customs and Border Protection Officer for over four years.  I am assisting in the investigation and prosecution of events that occurred at the U.S. Capitol on January 6, 2021.

The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking

windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the U.S. Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Open source information revealed that an individual named Mark Sahady ("SAHADY") is the vice president of an organization called "Super Happy Fun America." This organization, as stated on its own website at superhappyfunamerica.com, purports to be an advocate for the "straight community," bearing the motto, "It's Great to be Straight."

I located SAHADY's Twitter account, where he uses the name "Mark Shady," but identifies himself by location in Boston and affiliation with Super Happy Fun America. This biographical portion of the Twitter account is pasted below.



I reviewed this Twitter account, which contains multiple statements evincing a belief that the 2020 election was stolen and that people need to gather in D.C. to respond to this theft on January 6, 2021. This includes the below posts, described as follows:

a. On November 16, 2020, SAHADY writes that he was glad to be in D.C. the prior weekend and that if President-Elect Joe Biden won, he wanted to plan a rally to "oppose" Biden and "send a message" against tyranny.

b. On December 20, 2020, SAHADY then posts specifically about January 6, 2021, stating that "it is important that millions of Americans show up in DC on January 6 to support the legitimate President, Donald Trump, and show Democrats what they will be facing if they continue to try and steal the Presidency."

c. When someone tweets at him asking about transportation, SAHADY responds on December 31, 2020 that "we have 7 buses coming."  And that there is more space.

d. As January 6, 2021 approaches, SAHADY posts again on January 4, 2021, simply "January 6 – Washington, DC – It begins."



Law enforcement also identified a Twitter account connected to Super Happy Fun America.  A review of this account located a photograph posted on January 5, 2021, at 8:53 p.m. of SAHADY on a bus with other individuals putting their thumbs up.  The caption reads "Bus 1 of 11 coming to Washington DC.  See you there!"  From my review of publicly available

information I know that SAHADY is the individual in the middle of the group wearing a grey shirt with a black and white collar.  I also know that an individual, identified herein as "Known Person 1" is the woman in blue standing to the right of SAHADY.   Open source information revealed that Known Person 1 organized the buses to transport individuals to Washington, D.C., working with Super Happy Fun America.



Notably, another tweet from this same account from December 29, 2020, stated that "SHFA will be in DC once again on January 6th to get wild."

Following the invasion of the Capitol, private individuals and the media began posting and identifying people who were at the riot and entered the Capitol building.  One such photograph shows SAHADY and Known Person 1 standing together in the Capitol building during the invasion. The photograph appeared on a number of public forums, such as Twitter, as individuals worked successfully to identify SAHADY through other pictures and information.

This identification was also reported on January 11, 2021, in the MetroWest Daily, placing SAHADY and Known Person 1 in the below photo.  Based on my training and personal experience, I know this photo was taken inside the Capitol building based on the background and, specifically the decorative elements on the walls behind SAHADY.  Based on my review of the evidence and law enforcement data to include government photographs of SAHADY, I can corroborate MetroWest's identification, locating SAHADY pictured below, standing in the Capitol building in a red and blue hat next to Known Person 1:



The article also identified SAHADY and Known Person 1 together in a photograph outside the Capitol, further confirming that the two individuals were traveling through D.C. together.



Based on the foregoing, your affiant submits that there is probable cause to believe that SAHADY violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of

Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that SAHADY violated 40 U.S.C. § 5104(e)(2)(D), which makes it a crime to utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress.

BRIAN GUTIERREZ
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of January 2021.

Robin M.
Meriweather

Digitally signed by Robin M. Meriweather
Date: 2021.01.18 16:18:51 -05'00'

Robin M. Meriweather
U.S. MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No:**  21-mj-108 |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **MARK SAHADY,** | : | **18 U.S.C. § 1752(a),** |
| | : | **(Restricted Building or Grounds)** |
| **Defendant.** | : | |
| | : | **40 U.S.C. § 5104(e)(2)** |
| | : | **(Violent Entry or Disorderly Conduct)** |

## ORDER

This matter having come before the Court pursuant to the application of the United States

to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe

the disclosure will result in flight from prosecution, destruction of or tampering with evidence,

intimidation of potential witnesses, and serious jeopardy to the investigation, the United States

has established that a compelling governmental interest exists to justify the requested sealing.

    1.    IT IS THEREFORE ORDERED that the application is hereby GRANTED, and

that the affidavit in support of criminal complaint and other related materials, the instant

application to seal, and this Order are sealed until the arrest warrant is executed.

    2.    IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the

public docket of the arrest warrant until it is executed.

Date: 

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.18 16:20:36 -05'00'

Robin M. Meriweather
UNITED STATES MAGISTRATE JUDGE

1

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mark Sahady | ) | Case No.   1:21-mj-07005-JCB-1 |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

_____

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11)  Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
    Person or organization _____
    Address *(only if above is an organization)* _____
    City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                          Signed: _____     _____
                                          *Custodian*                          *Date*

( X ) (7) The defendant must:
    ( X ) (a) submit to supervision by and report for supervision to the    Probation/Pretrial Services as directed ,
              telephone number _____ , no later than _____ .
    ( ) (b) continue or actively seek employment.
    ( ) (c) continue or start an education program.
    ( X ) (d) surrender any passport to:     The Office of Probation & Pretrial Services
    ( X ) (e) not obtain a passport or other international travel document.
    ( X ) (f) abide by the following restrictions on personal association, residence, or travel:   Travel is restricted to District of MA.  Travel to Washington, D.C. for court purposes only with prior permission of U.S. Probation and Pretrial Services.
    ( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   related defendants, unless in the presence of counsel. Government to provide a list of potential victims and/or witnesses and related defendants.
    ( ) (h) get medical or psychiatric treatment: _____
    ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( X ) (k) not possess a firearm, destructive device, or other weapon.
    ( ) (l) not use alcohol ( ) at all ( ) excessively.
    ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
    ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
    ( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
    ( X ) (s) Lawfully surrender or remove firearms from residence within 48 hours and provide verification to U.S. Probation and Pretrial Services.  No unlawful entrance into a State or Federal Building.
        Defendant is ordered to stay away from the Boston State House.
        Appear for an Initial Appearance Hearing at the date and time set by the District Court in D.C..
        Do not attend or organize any public demonstrations/rallies/protests without prior permission of U.S. Probation and Pretrial Services.

AO 199C  (Rev. 09/08)  Advice of Penalties                                    Page ___3___ of ___3___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above. I acknowledge that a warrant for my arrest has been signed by an authorized judicial officer and is being held in abeyance. The warrant may be activated without notice to me if I abscond in violation of the conditions of my release on electronic monitoring.

X _____
*Defendant's Signature*

X _____
*City and State*

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ___1/21/2021___

_____
*Judicial Officer's Signature*

Steve York   Deputy Clerk
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE NO. 21-7005-JCB

UNITED STATES OF AMERICA

v.

MARK SAHADY

**ORDER PURSUANT TO**
**RULE 5 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

January 22, 2021

Boal, U.S.M.J.

Pursuant to the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant, that is, all evidence that is favorable to the defendant or tends to cast doubt on the United States' case, as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny.  Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.

     / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No. 21-7005-JCB

UNITED STATES OF AMERICA

v.

MARK SAHADY

**RULE 5 ORDER OF REMOVAL**

January 22, 2021

Boal, M.J.

Defendant Mark Sahady is charged in a complaint in the U.S. District Court for the

District of Columbia (Case No. 21-mj-108 in the charging district) with knowingly entering or

remaining in any restricted building or grounds without lawful authority in violation of 18 U.S.C.

§ 1752(a)(1) & (2) and disorderly conduct in capitol grounds in violation of 40 U.S.C. §

5104(e)(2)(D).  An initial appearance was held on January 19, 2021, at which time the

government moved for detention.  On January 21, 2021, the government withdrew its motion for

detention and I released the defendant on conditions.

The defendant waived an identity hearing.  I find that the defendant is the person named

in the warrant.  The United States has produced a facsimile of the warrant.  The defendant was

informed of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

The defendant elected to waive his rights to a probable cause hearing in this District.  The

defendant reserved his right to a probable cause hearing in the District of Columbia.

WHEREFORE, the defendant is ORDERED removed to the District of Columbia, and

further, the defendant is ORDERED to appear before the United States District Court for that

1

District whenever ordered to do so by that Court.

                                      /s/ Jennifer C. Boal
                                  JENNIFER C. BOAL
                                  United States Magistrate Judge

2/18/2021
Case 1:21-cr-00134-CJN Document 5 Filed 01/22/21 Page 17 of 21
CM/ECF - District Massachusetts version 6.3.3 as of 11/2020

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-07005-JCB All Defendants

Case title: USA v. Sahady

Date Filed: 01/19/2021
Date Terminated: 01/22/2021

Assigned to: Magistrate Judge Jennifer C. Boal

**Defendant (1)**

**Mark Sahady**
*TERMINATED: 01/22/2021*

represented by **Jane F. Peachy**
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street
5th Floor
Boston, MA 02210
617-223-8061
Email: jane_peachy@fd.org
*TERMINATED: 01/21/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Rinaldo Del Gallo , III**
Law Office of Attorney Rinaldo Del Gallo
P.O. Box 1082
Pittsfield, MA 01202
413-445-6789
Email: rinaldodelgallo@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                 **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                        **Disposition**

**Count One** 18 U.S.C. § 1752 (a)(1) and (2)
- Knowingly Entering or Remaining in any
Restricted Building or Grounds Without
Lawful Authority.

**Count Two** 40 U.S.C. § 5104(e)(2)(D) -
Disorderly Conduct on Capitol Grounds.

---

**Plaintiff**

| USA | represented by | **William F. Bloomer** |
|---|---|---|

represented by **William F. Bloomer**
United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3644
Fax: 617-748-3965
Email: william.bloomer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2021 | 1 | ELECTRONIC NOTICE of Case Assignment as to Mark Sahady; Magistrate Judge Jennifer C. Boal assigned to case. (Finn, Mary) (Entered: 01/19/2021) |
| 01/19/2021 | | Arrest (Rule 5) of Mark Sahady (York, Steve) (Entered: 01/19/2021) |
| 01/19/2021 | 2 | Rule 5(c)(3) Documents Received as to Mark Sahady (Attachments: # 1 Complaint, # 2 Affidavit, # 3 Order) (York, Steve) (Main Document 2 replaced on 1/19/2021) (York, Steve). (Entered: 01/19/2021) |
| 01/19/2021 | 3 | ELECTRONIC NOTICE OF HEARING for Initial Appearance as to Mark Sahady. <br><br> The Initial Appearance - Rule 5 is Set set for January 19, 2021 at 3:00 p.m. by Remote Proceeding : Boston before Magistrate Judge Jennifer C. Boal. <br><br> This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible. <br><br> Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. <br><br> For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. <br><br> (York, Steve) (Entered: 01/19/2021) |
| 01/19/2021 | 4 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Jennifer C. Boal: Initial Appearance in Rule 5(c)(3) Proceedings as to Mark Sahady held on 1/19/2021. |

|  |  | This hearing was held remotely by videoconference. The Court conducted a colloquy with the defendant as to his rights regarding appearing in person for this hearing. The defendant waives his rights to appear in person for this hearing and agrees to proceed with this hearing by video conference. The Court finds that defendant Mark Sahady has made a knowing and voluntary waiver of his rights to appear in person for this hearing. The Court further find that requiring the defendant and the parties to appear in person would further jeopardize the public's health and safety. The Court also finds that further delay in this case would seriously jeopardize the interest of Justice. The Court accepts the defendant's waiver to appear by video conference. The Court advised the defendant of his rights and the charges against him. The defendant informed the Court that he will be retaining counsel moving forward. The Court appointed attorney Jane Peachy for purposes of this hearing. The government stated the maximum penalties and moved for detention. The parties the matter of detention. The defendant requested to have a detention Hearing in this district. The defendant waives his rights to an Identity Hearing. A rule 20 colloquy was given. A rule 5 affidavit was submitted. The defendant was remanded to the custody of the USMS. The Court will schedule a detention hearing.<br><br>(Attorneys present: Bloomer for the government; Peachy & Del Gallo for the defendant; Dailey for probation;.) Court Reporter Name and Contact or digital recording information: Joan Daly at joanmdaly62@gmail.com. (York, Steve) (Entered: 01/19/2021) |
| 01/19/2021 | 5 | ELECTRONIC NOTICE OF HEARING as to Mark Sahady.<br><br>A Detention Hearing is set for January 21, 2021 at 2:30 PM by Remote Proceeding at Boston before Magistrate Judge Jennifer C. Boal.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.<br><br>Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>(York, Steve) (Entered: 01/19/2021) |
| 01/20/2021 | 6 | NOTICE OF ATTORNEY APPEARANCE: Rinaldo Del Gallo, III appearing for Mark Sahady. Type of Appearance: Retained. (York, Steve) (Entered: 01/20/2021) |
| 01/20/2021 | 7 | RULE 5 AFFIDAVIT by USA as to Mark Sahady by Affiant Brian Thomas Gutierrez (York, Steve) (Entered: 01/20/2021) |
| 01/21/2021 | 8 | WITHDRAWAL of Motion by USA as to Mark Sahady (Bloomer, William) (Entered: 01/21/2021) |
| 01/21/2021 | 9 | Motion to have Mark Sahady released on his own personal recognizance. (York, Steve) (Entered: 01/21/2021) |
| 01/21/2021 | 10 | Motion to have the Preliminary hearing under rule 5.1 in Washington D.C. as to Mark Sahady. (York, Steve) (Entered: 01/21/2021) |
| 01/21/2021 | 11 | MOTION to Withdraw as Attorney as to Mark Sahady. (Peachy, Jane) (Entered: 01/21/2021) |

| 01/21/2021 | 14 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Jennifer C. Boal: Detention Hearing as to Mark Sahady held on 1/21/2021.<br><br>This hearing was held remotely by videoconference. The Court conducted a colloquy with the defendant as to his rights regarding appearing in person for this hearing. The defendant waives his rights to appear in person for this hearing and agrees to proceed with this hearing by video conference. The Court finds that defendant Mark Sahady has made a knowing and voluntary waiver of his rights to appear in person for this hearing. The Court further find that requiring the defendant and the parties to appear in person would further jeopardize the public's health and safety. The Court also finds that further delay in this case would seriously jeopardize the interest of Justice. The Court accepts the defendant's waiver to appear by video conference. The Court noted that the defendant filed a motion requesting to have his preliminary Hearing heard in the charging district. The Court conducted a rule 20 colloquy and grants 10 Motion forPreliminary hearing under rule 5.1 in Washington D.C.. The Court also noted that a rule 5 affidavit was submitted. The Court finds that defendant Mark Sahady is the named person in the charging Complaint. The government withdrew its motion for detention and moved to released the defendant on conditions. The Court heard from the parties as to proposed conditions of release. denying in part 9 Motion for Release from Custody as to Mark Sahady. The Court advised the defendant of his conditions of release. The Court released the defendant on conditions. The Court further grants 11 Motion to Withdraw as Attorney. Attorney Jane F. Peachy terminated as to Mark Sahady.An Order of removal will be issued.<br><br>(Attorneys present: Bloomer for the government; Peachy & Del Gallo for the defendant; Dailey for probation;. ) Court Reporter Name and Contact or digital recording information: Kelly Mortellite at mortellite@gmail.com. (York, Steve) (Entered: 01/21/2021) |
| 01/21/2021 | 15 | Magistrate Judge Jennifer C. Boal: ORDER entered. ORDER Setting Conditions of Release as to Mark Sahady. (York, Steve) (Entered: 01/21/2021) |
| 01/22/2021 | 16 | Magistrate Judge Jennifer C. Boal: ELECTRONIC ORDER ENTERED DENYING IN PART 9 Motion to have Mark Sahady released on his own personal recognizance. The motion is denied to the extent that the defendant requested that he be released on personal recognizance and that the Court not impose certain conditions for the reasons stated on the record. The defendant was released on conditions stated on the record at the January 21, 2021 hearing. Should the defendant wish to have this Court reconsider any of the conditions, he shall file a brief in support of his request that complies with the Local Rules. The government may respond within two weeks as provided by the Local Rules. Should the defendant instead wish to appeal any of the release conditions, any such appeal is to the District Court for the District of Columbia. See 18 U.S.C. § 3145(a)(2). (York, Steve) (Entered: 01/22/2021) |
| 01/22/2021 | 17 | Magistrate Judge Jennifer C. Boal: ORDER entered. ORDER PURSUANT TO RULE 5 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE. (York, Steve) (Entered: 01/22/2021) |
| 01/22/2021 | 19 | Magistrate Judge Jennifer C. Boal: ORDER entered. ORDER OF REMOVAL to District of District of Columbia as to Mark Sahady (York, Steve) (Entered: 01/22/2021) |
| 01/22/2021 | 20 | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Mark Sahady. Your case number is: 21-mj-108. Docket sheet and documents attached. The clerk will transmit restricted documents via email. (If you require certified copies of any documents, please send a request to mad_certcopy@mad.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (York, Steve) (Entered: 01/22/2021) |
| 02/05/2021 | 21 | First MOTION Leave to disappear as counsel as to Mark Sahady. (Del Gallo, Rinaldo) |

(Entered: 02/05/2021)

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/18/2021 10:55:31 | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-mj-07005-JCB |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**