IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 1:21mj108 |
| ) | |
| MARK SAHADY, ) | |
| Defendant. ) | |

## NOTICE OF ATTORNEY APPEARANCE

Please note the appearance of undersigned as counsel for Defendant Mark Sahady.

Respectfully Submitted,

MARK SAHADY
By Counsel

\_\_\_\_\_/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

### Certificate of Electronic Service

I hereby certify that on February 4, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

\_\_\_\_\_/s/_____
John C. Kiyonaga