IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  21-cr- 134 |
| | : | |
| v. | : | |
| | : | |
| MARK SAHADY | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF APPEARANCE

The United States of America, through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant U.S. Attorney Brittany Keil is entering her appearance as counsel for the United States.

Respectfully submitted,

Channing D. Phillips
Acting United States Attorney
D.C. Bar No. 415793

By: \_\_\_/s/ Brittany Keil_____
Brittany Keil
Assistant United States Attorney
D.C. Bar No. 500054
555 4th Street, NW
Washington, D.C. 20530
(202) 252-7763
brittany.keil@usdoj.gov