# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Mark Sahady<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Mark Sahady                                                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds


Date: 01/18/2021

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.18 16:17:31 -05'00'
*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/18/2021 , and the person was arrested on *(date)* 01/19/2021
at *(city and state)* Malden, MA .

Date: 01/19/2021

*Arresting officer's signature*

SA STEVEN KIMBALL
*Printed name and title*