# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK SAHADY,<br><br>      *Defendant*. | Case No. 1:21-cr-00134 (CJN) |

## ORDER

Upon review of the United States' Motion to Disclose Items Protected by Federal Rule of Civil Procedure 6(e) and Sealed Materials, ECF No. 17, it is hereby

**ORDERED** that the Motion, ECF No. 17, is **GRANTED**; it is further

**ORDERED** that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e); it is further

**ORDERED** that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery; it is further

**ORDERED** that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

It is so **ORDERED**.

DATE: May 18, 2021

                                                                       CARL J. NICHOLS
                                                                       United States District Judge