IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No. 1:21cr134 |
| MARK SAHADY, Defendant. | ) |

ORDER

Upon motion of Defendant Mark Sahady and for good cause shown, it is hereby

ORDERED that this Court's Order Setting Conditions of Release (Doc. 8) supplant in its entirety the earlier order setting same by the United States District Court for the District of Massachusetts of January 21, 2021.

Date: _____      _____
HON. CARL J. NICHOLS
United States District Judge