IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) <br> ) <br> v. ) <br> ) <br> MARK SAHADY ) <br> Defendant. ) <br> ) | Crim. No. 21cr134 <br> Hon. Carl J. Nichols |

## ORDER

Upon consideration of Defendant Mark Sahady's Motion to Adopt, Conform and Supplement David Lee Judd's Motion before this Court to Compel Discovery in Support of Mr. Judd's Claim of Selective Prosecution (United States v. McCaughey, *et al.*, DDC Case No. 1:21cr40, ECF No. 138), it is hereby ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant Sahady is deemed to have adopted, conformed and shall enjoy the benefits of the aforesaid motion. It is further

ORDERED that Defendant Sahady may conform his case and particular circumstances to the aforesaid motion.

Date: _____

_____
HON. CARL J> NICHOLS
United States District Judge

1