UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | : | NO. | 21-cr-134-CJN |
| | : | | |
| | : | VIOLATIONS: | |
| | : | | |
| v. | : | (18 U.S.C. 1752(a)(1) | |
| | : | (Entering or Remaining in Restricted | |
| **MARK SAHADY,** | : | Building or Grounds) | |
| | : | 18 U.S.C. § 1752(a)(2) | |
| Defendant. | : | (Disorderly and Disruptive Conduct in a | |
| | : | Restricted Building or Grounds) | |
| | : | 40 U.S.C. § 5104(e)(2)(D) | |
| | : | (Disorderly Conduct in | |
| | : | a Capitol Building) | |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**

On or about January 6, 2021, in the District of Columbia, **MARK SAHADY**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

**COUNT TWO**

On or about January 6, 2021, in the District of Columbia, **MARK SAHADY**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area

within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **MARK SAHADY**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

                                MATTHEW M. GRAVES
                                United States Attorney
                                D.C. Bar No. 481052

BY:    */s/Brittany Keil*
           BRITTANY KEIL
           Assistant United States Attorney
           DC Bar No. 500054
           555 4th Street, N.W.
           Washington, D.C. 20530
           (202) 252-7763
           Brittany.keil@usdoj.gov