UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | Case No. 21-cr-00134-CJN |
| : | |
| **MARK SAHADY** : | |
| : | |
| **Defendant.** : | |

### ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently schedule status hearing on July 29, 2022, be continued for good cause to _____, 2022, at _____ a.m./p.m.; and it is further

**ORDERED** that the time between July 29, 2022, and _____, 2022, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by granting of such a continuance outweighs the best interests of the public and the Defendants in a speedy trial, as a continuance will provide the parties additional time to review discovery and continue negotiating a potential pretrial resolution.

_____
HONORABLE CARL J. NICHOLS
United States District Judge

Dated: _____, 2022