**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:21-cr-00134 |
| ) | |
| **MARK SAHADY,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to the Local Rules for this Court, Rule LCrR 44.1(c) as amended May 26, 2022, the undersigned hereby moves this Court for an Order granting Attorney BLAKE A. WEINER admission to practice *pro hac vice* in this U.S. District Court for the District of Columbia for the purpose of appearing as counsel for the Defendant MARK SAHADY in the above-captioned matter. Attorney WEINER is a member in good standing of the Virginia Bar and is also admitted to practice as an active member in good standing in the following courts: Virginia Supreme Court, U.S. District Court for the Eastern District of Virginia, and U.S. District Court for the Western District of Virginia. Attorney Weiner's declaration in support, and certificate of his good standing in his primary court of general practice, are attached pursuant to Rule LCrR 44.1(c).

Dated January 12, 2023

Respectfully submitted,
/s/ *Carolyn A. Stewart*

Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
E: Carolstewart_esq@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January 2023, a copy of the foregoing with exhibits was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart, Esq.
Carolyn Stewart, Esq.