THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>MARK SAHADY,<br><br>     Defendant. | Case No. 1:21-cr-00134 |

## **LOCAL RULE 44.1(c) DECLARATION OF NON-MEMBER**

I, Blake A. Weiner, of Blake Weiner Law, PLLC, 1806 Summit Avenue, Suite 300, Richmond, VA 23230, (804) 482-1465, hereby declare the following:

1. I am a member of the following bars:

   Virginia Supreme Court
   United States District Court for the Eastern District of Virginia
   United States District Court for the Western District of Virginia

2. I certify that I have never been disciplined by any bar.

3. I have been admitted *pro hac vice* to this Court once within the last two years.

4. I do not practice law from an office located in the District of Columbia.

5. In accordance with LCrR 44.1(c), this declaration is accompanied by a payment of $100, and a certificate of the court or bar for Virginia—the state in which I regularly practice—which has been issued within thirty (30) days of this filing and states that I am a member in good standing of the bar of Virginia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of January, 2023.

2

*/s/ Blake A. Weiner*
Blake A. Weiner, VA Bar No. 94087
BLAKE WEINER LAW, PLLC
1806 Summit Avenue, Suite 300
Richmond, VA 23230
Telephone: (804) 482-1465
Email: bweiner@blakeweinerlaw.com
