## THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

           Plaintiff,

Case No. 1:21-cr-00134

   v.

MARK SAHADY,

           Defendant.

### LOCAL RULE 44.l{c} DECLARATION OF NON-MEMBER

I, Blake A. Weiner, of Blake Weiner Law, PLLC, 1806 Summit Avenue, Suite 300, Richmond, VA 23230, (804) 482-1465, hereby declare the following:

I. I am a member of the following bars:

Virginia Supreme Court
United States District Court for the Eastern District of Virginia
United States District Court for the Western District of Virginia

2. I certify that I have never been disciplined by any bar.

3. I have been admitted *pro hac vice* to this Court once within the last two years.

4. I do not practice law from an office located in the District of Columbia.

5. In accordance with LCrR 44.1 (c), this declaration is accompanied by a payment of $100, and a certificate of the court or bar for Virginia-the state in which I regularly practice-which has been issued within thirty (30) days of this filing and states that I am a member in good standing of the bar of Virginia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 12th day of January, 2023.

Blake A. Weiner, VA Bar No. 94087
BLAKE WEINER LAW, PLLC
1806 Summit Avenue, Suite 300
Richmond, VA 23230
Telephone: (804) 482-1465
Email: bweiner@blakeweinerlaw.com