AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of **Columbia**

| United States | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| MARK SAHADY | CASE NUMBER: 1:21-cr-00134 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, **MARK SAHADY** substitutes
(Party (s) Name)

**Blake A. Weiner**, State Bar No. **94087** as counsel of record in
(Name of New Attorney)

place of **John Kiyonaga.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Blake Weiner Law, PLLC
Address: 1806 Summit Avenue, Suite 300, Richmond VA 23230
Telephone: (804) 482-1465      Facsimile
E-Mail (Optional): bweiner@blakeweinerlaw.com

I consent to the above substitution.
Date: 01/17/2023

*(Signature of Party (s))* — Mark Sahady

I consent to being substituted.
Date: 1/17/2023

*(Signature of Former Attorney (s))* — John C. Kiyonaga

I consent to the above substitution.
Date: 1/17/2023

Blake Weiner   Digitally signed by Blake Weiner
Date: 2023.01.17 15:43:12 -05'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]