AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia

| United States | |
|---|---|
| Plaintiff(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| MARK SAHADY | CASE NUMBER: 1:21-cr-00134 |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __MARK SAHADY__ substitutes
(Party(s) Name)

__Blake A. Weiner__, State Bar No. __94087__ as counsel of record in
(Name of New Attorney)

place of __John Kiyonaga.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Blake Weiner Law, PLLC |
|---|---|
| Address: | 1806 Summit Avenue, Suite 300, Richmond VA 23230 |
| Telephone: | (804) 482-1465        Facsimile |
| E-Mail (Optional): | bweiner@blakeweinerlaw.com |

I consent to the above substitution.

Date: 01/17/2023

*(Signature of Party(s))* — Mark Sahady

I consent to being substituted.

Date: 1/17/2023

*(Signature of Former Attorney(s))* — John C. Kiyonaga

I consent to the above substitution.

Date: 1/17/2023

Blake Weiner  
Digitally signed by Blake Weiner  
Date: 2023.01.17 15:43:12 -05'00'  
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/31/2023

_____  
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]