# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **Case No. 21 CR 134 (CJN)** |
| **MARK SAHADY,** | **Honorable Carl J. Nichols** |
| Defendant. | |

## JOINT MOTION FOR AMENDED PRETRIAL SCHEDULE

The United States of America, by and through its attorney, Matthew M. Graves, the United States Attorney for the District of Columbia, and the defendant, Mark Sahady, by and through his attorney, Blake Weiner, hereby respectfully submit a joint proposed amended pretrial schedule pursuant to this Court's oral request at the March 27, 2023 status hearing. Consistent with the continued trial date of May 1, 2023, the parties agree and request that the pretrial schedule be set as follows:

- Responses to motions *in limine* due by April 3, 2023 (no change)
- Replies to motions *in limine* due by April 10, 2023 (no change)
- Notice of 404(b) evidence by the government due by April 21, 2023 (extended two weeks)
- Grand jury, *Brady*, and Jencks Act disclosures by the government due by April 21, 2023 (extended two weeks)
- Joint pretrial statement due by April 24, 2023 (extended two weeks)
- Pretrial Conference on or after April 27, 2023 (extended two weeks)

Respectfully submitted,

|  |  |
|---|---|
| MARK SAHADY<br>Defendant | MATTHEW M. GRAVES<br>United States Attorney |
| By: */s/ Blake Weiner*<br>BLAKE WEINER<br>Counsel for Mark Sahady<br>Blake Weiner Law, PLLC<br>1806 Summit Avenue, Suite 300<br>Richmond, VA 23230 | By: */s/ Kaitlin Klamann*<br>KAITLIN KLAMANN<br>NATHANIEL WHITESEL<br>Assistant United States Attorneys<br>601 D Street N.W.<br>Washington, D.C. 20530 |