## THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

MARK SAHADY,

               Defendant.

Case No. 1:21-cr-00134 (CJN)

## [PROPOSED] ORDER

THIS MATTER is before the Court upon Mr. Sahady's Motion to Dismiss Count Four of the Second Superseding Information. Having reviewed Mr. Sahady's Motion, this Court's opinion is that the Motion should be granted.

For the reasons outlined in Mr. Sahady's Motion, it is hereby ORDERED that Mr. Sahady's Motion to Dismiss Count Four of the Second Superseding Information is GRANTED.

_____
United States District Court Judge

Date:
Washington, D.C.

1