### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK SAHADY,<br><br>   Defendant. | Case No. 1:21-cr-00134 |

**CONSENT MOTION FOR BENCH TRIAL AND WAIVER OF JURY TRIAL**

Defendant Mark Sahady ("Mr. Sahady") by and through his undersigned counsel, files this Consent Motion for Bench Trial pursuant to Federal Rule of Criminal Procedure ("FRCP") 23(a).

FRCP 23(a) states that if a defendant is entitled to a jury trial, such as Mr. Sahady, the right to a jury trial may be waived, and the trial may proceed via a bench trial, provided that "(1) the defendant waives a jury trial in writing; (2) the government consents; and (3) the court approves."

Mr. Sahady now submits this Motion to the Court explicitly waiving his right to a jury trial in the above matter. Undersigned has conferred with opposing counsel, who consents to Mr. Sahady's jury trial waiver and Motion for a bench trial. The parties respectfully requests that the Court approve Mr. Sahady's waiver and Motion for Bench Trial.

Respectfully submitted, the 7th day of August, 2023.

/s/ Blake A. Weiner
Blake A. Weiner, VA Bar No. 94087
BLAKE WEINER LAW, PLLC
1806 Summit Avenue, Suite 300
Richmond, VA 23230
Telephone: (804) 482-1465
Email: bweiner@blakeweinerlaw.com
*Counsel for Mr. Sahady*