UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-00134-CJN-1 |
| | : | |
| MARK SAHADY | : | |

### MOTION TO WITHDRAW

NOW COMES Thomas Campbell, Trial Attorney for the United States Department of Justice, and hereby requests that my appearance be terminated from the docket in the above-captioned case. The sole purpose of this motion is to remove my name from electronic notification. Assistant United States Attorneys Kaitlin Klamann and Nathaniel Whitesel remain government counsel in this case and are each receiving electronic notices of all docket entries.

By: /s/ *Thomas Campbell*
Thomas D. Campbell
Trial Attorney
Massachusetts Bar No. 703271
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave. NW
Washington, DC 20005
Tel: (202) 262-7778
Email: thomas.campbell@usdoj.gov

Dated: January 25, 2024