## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 21 CR 134 (CJN)** |
| **v.** | **Honorable Carl J. Nichols** |
| **MARK SAHADY,** | |
| **Defendant.** | |

### JOINT MOTION FOR AMENDED PRETRIAL SCHEDULE

The United States of America, by and through its attorney, Matthew M. Graves, the United States Attorney for the District of Columbia, and the defendant, Mark Sahady, by and through his attorneys, Eden Quainton and Jonathan Gross, hereby respectfully submit a joint proposed amended pretrial schedule pursuant to this Court's oral request at the January 25, 2024, status hearing. Consistent with the continued trial date of August 12, 2024, the parties agree and request that the pretrial schedule be set as follows:

- Any additional motions *in limine* due by July 8, 2024, responses due by July 22, 2024, and replies due by July 29, 2024

- Notice of 404(b) evidence by the government due by July 22, 2024

- Grand jury, *Brady*, and Jencks Act disclosures by the government due by August 5, 2024

- Joint pretrial statement due by August 5, 2024, which shall include the following:

  - A neutral statement of the case

  - Proposed *voir dire* questions

  - Proposed jury instructions

  - List of witnesses

- Exhibit lists

- Stipulations

- Proposed verdict form

- Pretrial Conference on or after August 5, 2024

Respectfully submitted,

MARK SAHADY
Defendant

By:   _/s/ Jonathan Gross_
      Eden P. Quainton
      Quainton Law, PLLC
      2 Park Avenue, 20th Floor
      New York, NY 10016

      Jonathan Gross
      The Clevenger Firm
      2833 Smith Avenue, Suite 331
      Baltimore, MD 21209

MATTHEW M. GRAVES
United States Attorney

By:   _/s/ Kaitlin Klamann_
      KAITLIN KLAMANN
      NATHANIEL WHITESEL
      Assistant United States Attorneys
      601 D Street N.W.
      Washington, D.C. 20530