UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-134 (CJN) |
| : | |
| MARK SAHADY, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER
EVIDENCE PURSUANT TO RULE 902(11) OF THE FEDERAL RULES OF EVIDENCE**

The United States of America hereby provides notice to defendant of its intention to offer self-authenticating evidence pursuant to Rule 902(11) of the Federal Rules of Evidence during its case-in-chief.

The Indictment charges defendant with numerous counts including entering and remaining in a restricted building or grounds, in violation of Title 18, United States Code, Section 1752(a)(1) (Count Two); disorderly and disruptive conduct in a restricted building or grounds, in violation of Title 18, United States Code, Section 1752(a)(2) (Count Three); disorderly and disruptive conduct in a restricted building or grounds, in violation of Title 40, United States Code, Section 5104(e)(2)(D) (Count Four); and parading, demonstrating, or picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G) (Count Five).

At trial, the government will introduce a number of business records, including records from Verizon, the House and Senate recording studios, and X (formerly Twitter, Inc.). The government will introduce these business records pursuant to Rules 803(6) and 902(11). The specific records that the government will introduce pursuant to those rules are identified in the chart below and copies of the corresponding Rule 902(11) certification forms are attached. *See* Exhibits A-C.

| Gov. Exhibit | Description | Source | Corresponding Certification |
|---|---|---|---|
| 900 series | X (formerly Twitter, Inc.) records for account MarkShady5 | X (formerly Twitter, Inc.) | Exhibit A |
| 1102 and subparts | Verizon subscriber information and records for phone number XXX-XXX-1589 | Verizon | Exhibit B |
| 1201 | Montage video of congressional proceeding on January 6, 2021 | Senate and House Recording Studio footage | Exhibit C |

Rule 902(11) provides that:

The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted … [t]he original or a copy of a domestic record that meets the requirements of Rule 803(6)(A)-(C), as shown by certification of the custodian or another qualified person that complies with a federal statute or a rule prescribed by the Supreme Court. Before the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record – and must make the record and certification available for inspection – so that the party has a fair opportunity to challenge them.

Fed. R. Evid. 902(11).

The attached certifications attest to the foundational requirements set forth by these rules. Therefore, the above exhibits are admissible in evidence in this case pursuant to Rule 902(11).

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By:    */s/ Kaitlin Klamann*
         KAITLIN KLAMANN
         Assistant United States Attorney
         IL Bar No. 6316768
         601 D Street NW
         Washington, D.C. 20530
         Kaitlin.klamann@usdoj.gov
         (202) 252-6778

         NATHANIEL K. WHITESEL
         Assistant United States Attorney
         DC Bar No. 1601102
         601 D Street NW
         Washington, D.C. 20530
         nathaniel.whitesel@usdoj.gov
         (202) 252-7759