UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.   21-CR-134 (CJN) |
| v. : | |
| : | |
| MARK SAHADY, : | |
| : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S PRETRIAL STATEMENT

Pursuant to the Court's May 20, 2024, Scheduling Order (ECF No. 114), the government submits the following pretrial statement:[1]

**a.   List of Witnesses**

The government will call the following witnesses to testify at trial:

- United States Capitol Police Deputy Chief Thomas Loyd
- United States Secret Service Inspector Lanelle Hawa
- Federal Bureau of Investigation Special Agent Brian Gutierrez
- Federal Bureau of Investigation Digital Forensic Examiner Cameron Davis

The government may call the following witnesses to testify at trial:

- Joseph Prezioso
- United States Capitol Police Officer Jamal Nicholas

**b.   List of Exhibits**

A copy of the government's preliminary exhibit list is attached to this filing.

---

[1] As of the filing of this pretrial statement, the government has not received return communications from the defense such that this statement could be filed jointly.

1

**c.     Stipulations**

The defendant has orally agreed to sign stipulations regarding the following:

- CCTV exhibits;
- BWC exhibits;
- The official proceeding montage;
- The defendant's attendance at Former President Trump's speech at the Stop the Steal rally;
- The identity of the defendant;
- Exhibits from the defendant's cell phone; and
- Open-source videos and photographs.

The stipulations will be filed once the government receives final signed copies from the defense.

Respectfully submitted,

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

3

By: /s/ *Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759

/s/ *Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
IL Bar No. 6316768
601 D Street NW
Washington, DC 20530
Kaitlin.klamann@usdoj.gov
(202) 252-6778

3