Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

United States of America
VS.
Mark Sahady

Civil/Criminal No. CR 24-134 (CJN)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | GH010089.mp4 | 8/14/24 | 8/14/24 | Thomas Loyd | |