# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-CR-134 (CJN) |
| : | |
| MARK SAHADY, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Mark Sahady, by and through his attorneys, hereby submit this joint status report pursuant to the Court's August 15, 2024 Minute Entry.

The parties have conferred regarding the government's request to seal its exhibit list. The defendant objects to the sealing of the exhibit list in its entirety and requests that, in the alternative, third party names be redacted from the exhibit list. The government maintains its position that the exhibit list as a whole should be sealed but does not object to filing a redacted version of the list.

Dated: September 4, 2024

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Eden Quainton*            By:   /s/*Kaitlin Klamann*
EDEN QUAINTON                    KAITLIN KLAMANN
Attorney for the defendant       NATHANIEL WHITESEL
                                 Assistant United States Attorneys