| | | United States of America | | | | |
|---|---|---|---|---|---|---|
| Government | ✓ | | | | | |
| Plaintiff | ☐ | VS. | | | Civil/Criminal No. | 21-CR-134 (CJN) |
| Defendant | ☐ | | | | | |
| Joint | ☐ | MARK SAHADY | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 101 | Upper Terrace West Stairs | | | | |
| 101.1 | Upper Terrace West Stairs with circles | | | | |
| 102 | Upper Terrace West with circles | | | | |
| 103 | West Stairs S131 | | | | |
| 103.1 | West Stairs S131 with circles | | | | |
| 104 | Senate Fire Door near S132 | | | | |
| 105 | North Door Appt. Desk | | | | |
| 106 | Brumidi Corridor | | | | |
| 107 | CCTV of relocation of Vice President Pence | | | | |
| 201 | Sergeant Bogner BWC – Dispersal audio | | | | |

| | | |
|---|---|---|
| Government | ✓ | |
| Plaintiff | ☐ | |
| Defendant | ☐ | |
| Joint | ☐ | |
| Court | ☐ | |

United States of America
VS.
MARK SAHADY

Civil/Criminal No. 21-CR-134 (CJN)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 202 | Officer Pitt BWC | | | | |
| 203 | Captain Augustine BWC | | | | |
| 301 | Getty Images Video | | | | |
| 301.1 | Still image from Getty Images Video at timestamp 3:47 | | | | |
| 301.2 | Still image from Getty Images Video at timestamp 3:51 | | | | |
| 301.3 | Still image from Getty Images Video at timestamp 4:15 | | | | |
| 302 | GH010089.mp4 | | | | |
| 302.1 | GH010089.mp4 with circles | | | | |
| 302.1A | Still image from GH010089.mp4 at timestamp 2:56 | | | | |
| 303 | Intentionally Left Blank | | | | |

|  | Government | ✓ |
|---|---|---|
|  | Plaintiff | ☐ |
|  | Defendant | ☐ |
|  | Joint | ☐ |
|  | Court | ☐ |

United States of America
VS.
MARK SAHADY

Civil/Criminal No. 21-CR-134 (CJN)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 304 | NO Video | | | | |
| 304.1 | NO Video still image at 00:19 | | | | |
| 305 | Intentionally left blank | | | | |
| 305.1 | KmzS6SrgAZ6D.mp4 clip 1 with circles | | | | |
| 305.2 | KmzS6SrgAZ6D.mp4 clip 2 with circles | | | | |
| 306 | NW Courtyard to Brumidi Corridors and Offices | | | | |
| 306.1 | NW Courtyard to Brumidi Corridors and Offices Clip 1 with circles | | | | |
| 306.2 | NW Courtyard to Brumidi Corridors and Offices Clip 2 with circles | | | | |
| 307 | 0689 CCTV and NW Courtyard to Brumidi Corridor Side-by-Side | | | | |
| 308 | Parliamentarian Hallway Video | | | | |

|  | | United States of America | | | | |
|---|---|---|---|---|---|---|
| Government | ✓ | | | | | |
| Plaintiff | ☐ | VS. | | | Civil/Criminal No. | 21-CR-134 (CJN) |
| Defendant | ☐ | | | | | |
| Joint | ☐ | MARK SAHADY | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 308.1 | Parliamentarian Hallway Video still image 00:53 | | | | |
| 308.2 | Parliamentarian Hallway Video still image 01:02 | | | | |
| 309 | LK Cellular Phone Video 20210106_145109.mp4 | | | | |
| 309.1 | LK Cellular Phone Video 20210106_145109.mp4 with circles | | | | |
| 310 | 266T-HO-3373951_0000011_1A0000006_0000002 | | | | |
| 310.1 | 266T-HO-3373951_0000011_1A0000006_0000002 with circles | | | | |
| 311 | LK Twitter Video | | | | |
| 311.1 | Still image from LK Twitter Video at 00:16 | | | | |
| 312 | LK Cell phone video 20210106_145801.mp4 | | | | |
| 313 | 47 News Video | | | | |

| | | | United States of America | | | |
|---|---|---|---|---|---|---|
| Government | ✓ | | VS. | | Civil/Criminal No. | 21-CR-134 (CJN) |
| Plaintiff | ☐ | | | | | |
| Defendant | ☐ | | MARK SAHADY | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 313.1 | Still image from 47 News Video at 00:07 | | | | |
| 314 | CSPAN Video of President Trump Speech at 1/6 Rally | | | | |
| 314.1 | Clip 1 of CSPAN Video | | | | |
| 314.2 | Clip 2 of CPSAN Video | | | | |
| 314.3 | Clip 3 of CSPAN Video | | | | |
| 314.4 | Clip 4 of CSPAN Video | | | | |
| 315 | Breach Video | | | | |
| 401 | Compilation video | | | | |
| 402 | Area closed signs and barricades | | | | |
| 403 | Aerial photograph of the Capitol Building and Grounds | | | | |
| 404 | Map of restricted perimeter | | | | |

| | | United States of America | | | |
|---|---|---|---|---|---|
| Government | ✓ | | | | |
| Plaintiff | ☐ | VS. | | Civil/Criminal No. | 21-CR-134 (CJN) |
| Defendant | ☐ | | | | |
| Joint | ☐ | MARK SAHADY | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 405 | Photograph of U.S. Capitol with signs | | | | |
| 406 | Photograph of "AREA CLOSED" sign | | | | |
| 407 | US Capitol Grounds map | | | | |
| 408 | Map of First Floor of the US Capitol | | | | |
| 409 | Overhead view of US Capitol | | | | |
| 410 | Still of 3D Model of West Front of US Capitol | | | | |
| 411 | Still of 3D Model Overhead View of West Front | | | | |
| 412 | Still of 3D Model NW Terrace | | | | |
| 413 | Still of 3D Model North and West Sides | | | | |
| 414 | Still of 3D Model NW Courtyard Zoomed in | | | | |

| | | United States of America | | | | |
|---|---|---|---|---|---|---|
| Government | ✓ | | | | | |
| Plaintiff | ☐ | VS. | | | Civil/Criminal No. | 21-CR-134 (CJN) |
| Defendant | ☐ | | | | | |
| Joint | ☐ | MARK SAHADY | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 415 | Still of 3D Model NW Courtyard Zoomed out | | | | |
| 416 | Still of 3D Model Parliamentarian Door Zoomed in | | | | |
| 417 | Still of 3D Model Parliamentarian Door Zoomed out | | | | |
| 501 | HOS Notification – Visit of VP Pence and Family | | | | |
| 502 | USSS HOS Notification – VP President Pence 01.06.21 9 (REDACTED) | | | | |
| 503 | USSS-3 – VP Pence departing Senate members staircase | | | | |
| 504 | USSS-2 – East Side of the Capitol: VP vehicles moving | | | | |
| 505 | E.G. Radio Communication (14:14:42) | | | | |
| 506 | E.G. Radio Communication (14:20:19) | | | | |
| 507 | E.G. Radio Communication (14:21:49) | | | | |

| | | United States of America | | | | |
|---|---|---|---|---|---|---|
| Government | ✓ | | | | | |
| Plaintiff | ☐ | VS. | | Civil/Criminal No. | 21-CR-134 (CJN) | |
| Defendant | ☐ | | | | | |
| Joint | ☐ | MARK SAHADY | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 601 | Mark Sahady Signal Contact Information | | | | |
| 602 | 11.05.2020 Signal Chats | | | | |
| 603 | 12.19.2020 Signal Chats | | | | |
| 604 | 1.04.2021 Signal Chats 1 | | | | |
| 605 | 1.04.2021 Signal Chats 2 | | | | |
| 606 | 1.05.2021 Signal Chats | | | | |
| 607 | 1.06.2021 Signal Chats | | | | |
| 608 | 1.09.2021 Signal Chats | | | | |
| 609 | Cellebrite report of Signal Chats by Mark Sahady | | | | |
| 701 | Sahady's Black Samsung Galaxy S9 | | | | |

| | | United States of America | | | |
|---|---|---|---|---|---|
| Government | ✓ | | | | |
| Plaintiff | ☐ | VS. | | Civil/Criminal No. | 21-CR-134 (CJN) |
| Defendant | ☐ | MARK SAHADY | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 702 | Content from Sahady's Black Samsung Galaxy S9 | | | | |
| 702.1 | 1.04.2021 Text Messages with T. P▮ | | | | |
| 702.2 | 1.06.2021 Text Messages with XXX-XXX-3519 | | | | |
| 702.3 | 1.06.2021 Text Messages with G. S▮ | | | | |
| 702.4 | 1.07.2021 Text Messages with L. A▮ | | | | |
| 702.5 | 1.12.2021 Instant Message to D. G▮ | | | | |
| 702.6 | 1.12.2021 Instant Message to E▮ | | | | |
| 702.8 | 1.12.2021 Instant Message to K. B▮ | | | | |
| 702.9 | 1.14.2021 Instant Message to B. B▮ | | | | |
| 702.10 | 1.4.2021 725 Text Messages | | | | |

| | | United States of America | | | |
|---|---|---|---|---|---|
| Government | ✓ | | | | |
| Plaintiff | ☐ | VS. | | Civil/Criminal No. | 21-CR-134 (CJN) |
| Defendant | ☐ | | | | |
| Joint | ☐ | MARK SAHADY | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 703 | Cellebrite Report Containing Device Information for Sahady Cell Phone | | | | |
| 801 | Open-source photographs | | | | |
| 803 | Screenshots of MarkShady5 Twitter Account | | | | |
| 901 | Subscriber records for Twitter account MarkShady5 | | | | |
| 902 | January 2, 2021 8:33:54 p.m. tweet from MarkShady5 | | | | |
| 903 | January 2, 2021 8:36:03 p.m. tweet from MarkShady5 | | | | |
| 905 | January 3, 2021 5:17:26 p.m. tweet from MarkShady5 | | | | |
| 906 | January 4, 2021 12:33:44 a.m. tweet from MarkShady5 | | | | |
| 907 | January 4, 2021 11:49:05 a.m. tweet from MarkShady5 | | | | |
| 908 | January 4, 2021 11:50:01 a.m. tweet from MarkShady5 | | | | |

|  | | | United States of America | | | |
|---|---|---|---|---|---|---|
| Government | ✓ | | VS. | | Civil/Criminal No. | 21-CR-134 (CJN) |
| Plaintiff | ☐ | | | | | |
| Defendant | ☐ | | MARK SAHADY | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 909 | January 4, 2021 2:30:28 p.m. tweet from MarkShady5 | | | | |
| 910 | January 4, 2021 3:46:53 p.m. tweet from MarkShady5 | | | | |
| 1001 | Trump 2020, Keep America Great Hat | | | | |
| 1002 | Green gloves | | | | |
| 1003 | List of names and bus fare paid (redacted) | | | | |
| 1004 | Super Happy Fun America 2020 Pins | | | | |
| 1005 | Two handheld radios and two earpieces | | | | |
| 1006 | Green/Olive Green, London Fog Jacket | | | | |
| 1101 | Buzzfeed article | | | | |
| 1102 | Verizon Wireless Records Subscriber Records for x1589 | | | | |

| | | |
|---|---|---|
| Government | ✓ | |
| Plaintiff | ☐ | United States of America |
| Defendant | ☐ | VS. |
| Joint | ☐ | MARK SAHADY |
| Court | ☐ | |

Civil/Criminal No. 21-CR-134 (CJN)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1102.1 | Summary of Verizon Subscriber Information for x1589 | | | | |
| 1103 | Transcript of testimony of USSS Inspector Hawa in United States v. Griffin | | | | |
| 1201 | House/Senate Video Compilation | | | | |
| 1201.1 | Still image from House/Senate Video Compilation | | | | |
| 1301 | BWC Stipulation | | | | |
| 1302 | CCTV Stipulation | | | | |
| 1303 | I.D. Stipulation | | | | |
| 1304 | Stipulation to attendance at Trump Speech | | | | |
| 1305 | Stipulation to open source evidence | | | | |
| 1306 | Cell Phone Evidence Stipulation | | | | |