**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Case No. 1:21-cr-134 |
| SAHADY<br>　*Defendant.* | ) |

## DEFENDANT'S STATUS REPORT REGARDING LOCATION OF SENTENCING

Defendant Mark Sahady, by his attorneys, hereby respectfully requests that the Court grant this Motion to hold the sentencing hearing remotely.

Per the Court's minute order on August 15, 2024, the Court requested that the Defense notify the Court regarding the location of the sentencing to be held on November 20, 2024, at 12:30 p.m.

The Defense requests that the sentencing be held remotely via zoom. The Defense conferred via email with the Government and the Government indicated that it takes no position on the matter.

In the interest of efficiency, the Defense respectfully requests that the hearing be held remotely via zoom.

Dated: November 18, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jonathan Gross
　　　　　　　　　　　　　　　　　　　　JONATHAN GROSS
　　　　　　　　　　　　　　　　　　　　Bar ID: MD0162
　　　　　　　　　　　　　　　　　　　　2833 Smith Ave., Suite 331
　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21209
　　　　　　　　　　　　　　　　　　　　(443) 813-0141
　　　　　　　　　　　　　　　　　　　　jonathansgross@gmail.com

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on November 18, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/ Jonathan Gross

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with opposing counsel and the Government takes no position on this matter.

/s/ Jonathan Gross