# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | 1:21-cr-134 |
| | ) | |
| **SAHADY,** | ) | |
|     **Defendant** | ) | |
| | ) | |

## NOTICE OF APPEAL

Comes now Defendant Mark Sahady, by counsel, and notes his appeal of his final judgment, conviction, and sentencing to the United States Court of Appeals for the District of Columbia Circuit.

Dated: December 16, 2024

                                            Respectfully submitted,

                                            /s/ Jonathan S. Gross
                                            Jonathan S. Gross
                                            Bar ID: MD0162
                                            2833 Smith Ave, Suite 331
                                            Baltimore, MD 21209
                                            (443) 813-0141
                                            jonathansgross@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on December 16, 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

                                          /s/ Jonathan Gross Esq.
                                          Jonathan Gross, Esq.